IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANNY McDANIEL,

    Plaintiff,

vs.                                       4:03-CV-222-SPM/AK

LARRY CAMPBELL, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 34) dated February 1, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections (doc. 35) on February 27, 2006.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Plaintiff's "new" due process issue, which still relates to his illegal-detainer claim, is one that should have been included in the original complaint. See In re Justice Oaks II, Ltd., 898 F.2d 1544, 1550, n.3 (11th Cir. 1990).

Plaintiff has not shown that he is entitled to relief.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 34) is adopted and incorporated by reference in this order.

2. The second amended complaint (doc. 33) is *dismissed* for failure to state a claim upon which relief can be granted.

3. The clerk is directed to note on the docket that this complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this second day of March, 2006.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge

/pao